UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYED RAZA,<br><br>       Plaintiff,<br><br>    -against-<br><br>ATLANTIC CREDIT & FINANCE, INC. and<br>MIDLAND FUNDING, LLC<br><br>       Defendants. | Docket No.<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Midland Funding, LLC ("Midland") and Atlantic Credit & Finance, Inc. ("Atlantic") Credit" and collectively with Midland, the "Defendants") hereby give notice of the removal of this action from the Civil Court of the City of New York, County of Queens, where it is now pending, to the United States District Court for the Eastern District of New York. In support of this Notice of Removal, Defendants states:

1. Plaintiff filed a Summons and Class Action Complaint in this action styled *Syed Raza v. Atlantic Credit & Finance, Inc. and Midland Funding, LLC,* bearing Index No. 011917 before the Civil Court of the City of New York, County of Queens. A copy of the Summons and Class Action Complaint is annexed hereto as **Exhibit A**.

2. The Defendants received the Summons and Class Action Complaint on or about May 3, 2018.

3. The Summons and Class Action Complaint allege, in sum and substances, that Defendants violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.*; New York General Business Law § 349, and is also liable for the tort of intentional infliction of

emotional distress. Accordingly, this action may be removed pursuant to 28 U.S.C. § 1441(b) as this Court has federal question jurisdiction under 28 U.S.C. §1331.

4. Additionally, the Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

5. This Notice of Removal is timely filed within thirty (30) days after Defendants first received a copy of the initial pleadings setting forth the claims for relief and existence of federal questions jurisdiction. 28 U.S.C. §1446(b); *See Boone v. Thane,* 07-CV-4358 (SLT)(VVP), 2009 WL 910556 at *2 (E.D.N.Y. March 31, 2009); *citing Fernandez v. Hale Trailer Brake & Wheel,* 332 F.Supp.2d 621, 624 (S.D.N.Y. 2004).

6. A civil cover sheet and the payment of the required filing fee accompanies this Notice.

7. Written notice of this Notice of Removal will be filed in the Supreme Court of the State of New York, County of Queens.

**WHEREFORE,** Defendants respectfully requests that this action be removed from the Civil Court of the City of New York, County of Queens to the United States District Court for the Eastern District of New York.

Dated: New York, New York
May 25, 2018

        HINSHAW & CULBERTSON LLP
        *Attorneys for Defendants*

        By: *s/ Han Sheng Beh*
            Han Sheng Beh

        800 Third Avenue, 13th Floor
        New York, New York 10022
        Tel: (212) 471-6200

301942895v1 1009068

TO:    Edward B. Gellar, Esq
        Of counsel to
        M. Harvey Rephen & Associates, P.C.
        *Attorneys For Plaintiff*
        15 Landing Way
        Bronx, New York 10464
        Tel: (914) 473-6783

301942895v1 1009068