UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYED RAZA,<br><br>        Plaintiff,<br><br>-against-<br><br>ATLANTIC CREDIT & FINANCE INC. and MIDLAND FUNDING, LLC,<br><br>        Defendants. | Docket No. 1:18-cv-03115-LDH-RLM<br><br>**STIPULATION OF DISMISSAL** |

  **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for Plaintiff and Defendants that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the instant lawsuit is dismissed with prejudice as to all parties with each side to bear its own costs and fees.

Dated: November 6, 2018

**EDWARD B. GELLER, ESQ., P.C**      **HINSHAW & CULBERTSON LLP**

By: *s/Edward B. Geller*         By: *s/Han Sheng Beh*
  Edward B. Geller             Han Sheng Beh, Esq.
15 Landing Way             800 Third Avenue, 13th Floor
Bronx, New York 10464          New York, New York 10022
*Attorney for Plaintiff*            *Attorneys for Defendants*

So Ordered

/s/ LDH    11/8/18

LaShann DeArcy Hall
United States District Judge